AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC KENDALL HANKS<br>*Defendant* | )<br>)  Case No.  3:12-MJ-0108-VPC<br>)<br>)<br>) |

**ORDER SCHEDULING A DETENTION HEARING**

```
                    ✓
         ___ FILED      ___ RECEIVED
         ___ ENTERED    ___ SERVED ON
                        COUNSEL/PARTIES OF RECORD

              NOV - 2 2012

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Street<br>Reno, NV 89501<br>Honorable William G. Cobb, U.S. Magistrate Judge | Courtroom No.: | 2 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | November 8, 2012 at 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Nov 2, 2012

_____
*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge

*Printed name and title*